# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARCONIC INC.,** | : | CIVIL ACTION NO. 1:17-CV-1644 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **ELLEN J. STOKAR,** | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 22nd day of February, 2018, upon consideration of plaintiff's motion (Doc. 48) to substitute Arconic, Inc. pursuant to Federal Rule of Civil Procedure 25(c), wherein plaintiff Arconic, Inc., a Pennsylvania corporation, seeks to substitute Arconic, Inc., a Delaware corporation, as plaintiff in the above-captioned action, and the court observing that the defendant concurs in the motion (Doc. 48), it is hereby ORDERED that:

1. The motion (Doc. 48) to substitute parties is GRANTED.

2. The Clerk of Court is DIRECTED to terminate plaintiff Arconic, Inc. (Pennsylvania) as a party to the above-captioned action and substitute Arconic, Inc. (Delaware) as plaintiff.

3. Defendant's motion (Doc. 43) to dismiss is DENIED as moot.

           /S/ CHRISTOPHER C. CONNER
           Christopher C. Conner, Chief Judge
           United States District Court
           Middle District of Pennsylvania